**Order entered December 22, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00920-CV**

**MICHAEL A. MITCHELL, Appellant**

**V.**

**ALEXIS RUCHELLE SOLCHENBERGER, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08604**

**ORDER**

As requested by this Court, appellant has provided written verification of her request and payment arrangements for the reporter's record. Accordingly, we **ORDER** Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, to file the reporter's record on or before **January 23, 2023**. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Shaw and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE